```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 19-03571-HWV
Stephen Leonard Smith                                             Chapter 13
Rosalyn C. Smith
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini              Page 1 of 2            Date Rcvd: Oct 01, 2019
                               Form ID: ntcnfhrg           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db/jdb         +Stephen Leonard Smith,    Rosalyn C. Smith,    130 Winding Hill Drive,    Etters, PA 17319-8821
5237808        +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
5237809        +Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
5237810        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
5244409        +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
5237811        +Citibank, NA,    PO Box 6241,    Sioux Falls, SD 57117-6241
5246083        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5237814        +Law Office of Gregory Javardian,    1310 Industrial Boulevard, Suite 10,
                 Southampton, PA 18966-4030
5237819        +PNC Bank, NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
5237818        +PennyMac Loan Services,    PO Box 514387,    Los Angeles, CA 90051-4387
5237820        +Santander Bank, NA,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
5237824        +TD Bank USA / Target Card,    PO Box 673,    Minneapolis, MN 55440-0673
5237826         WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
5237825        +Wells Fargo Card Services,    PO Box 14517,    Des Moines, IA 50306-3517
5237827        +York Community Management,    PO Box 529,    Morgantown, PA 19543-0529
5237828        +York County Tax Claim Bureau,    28 East Market Street,    York, PA 17401-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 19:38:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5239875         E-mail/Text: mrdiscen@discover.com Oct 01 2019 19:18:01      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5237812         E-mail/Text: mrdiscen@discover.com Oct 01 2019 19:18:01      Discover Financial Services, LLC,
                 PO Box 3025,    New Albany, OH 43054-3025
5237813         E-mail/Text: bankruptcy.bnc@ditech.com Oct 01 2019 19:18:10      Ditech Financial, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
5237817         E-mail/Text: bankruptcy@frost-arnett.com Oct 01 2019 19:18:00      Nashville Adjustment Bureau,
                 PO Box 198988,    Nashville, TN 37219-8988
5237815        +E-mail/Text: unger@members1st.org Oct 01 2019 19:18:33      Members 1st Federal Credit Union,
                 5000 Louise Drive,    PO Box 40,    Mechanicsburg, PA 17055-0040
5237816        +E-mail/Text: bkr@cardworks.com Oct 01 2019 19:17:59      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9201
5238151        +E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 19:17:05      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5237821         E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 19:17:05      Synchrony Bank / Care Credit,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
5237822         E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 19:17:34      Synchrony Bank / PayPal Extras,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
5237823         E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 19:17:34      Synchrony Bank / TJMaxx,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: CGambini              Page 2 of 2                   Date Rcvd: Oct 01, 2019
                               Form ID: ntcnfhrg           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Stephen Leonard Smith pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Rosalyn C. Smith pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stephen Leonard Smith,

    **Debtor 1**

Rosalyn C. Smith,

    **Debtor 2**

Chapter 13

Case No. 1:19−bk−03571−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 30, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 6, 2019 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 1, 2019 |

ntcnfhrg (03/18)