United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 19-03571-HWV
Stephen Leonard Smith                                       Chapter 13
Rosalyn C. Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                         Page 1 of 3
Date Rcvd: Sep 24, 2024                    Form ID: 3180W                     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Leonard Smith, Rosalyn C. Smith, 130 Winding Hill Drive, Etters, PA 17319-8821 |
| aty | + | Karina Velter, Pincus Law Group, PLLC, 2929 Arch Street, Suite 1700, Philadelphia, PA 19104-7327 |
| 5263302 | | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 5237813 | | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 5237814 | + | Law Office of Gregory Javardian, 1310 Industrial Boulevard, Suite 10, Southampton, PA 18966-4030 |
| 5237826 | | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5237827 | + | York Community Management, PO Box 529, Morgantown, PA 19543-0529 |
| 5237828 | + | York County Tax Claim Bureau, 28 East Market Street, York, PA 17401-1501 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 24 2024 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5237808 | + | EDI: TSYS2 | Sep 24 2024 22:38:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5244409 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2024 18:35:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5264443 | | EDI: CITICORP | Sep 24 2024 22:32:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5237811 | + | EDI: CITICORP | Sep 24 2024 22:32:00 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5239875 | | EDI: DISCOVER | Sep 24 2024 22:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5237812 | | EDI: DISCOVER | Sep 24 2024 22:32:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5237817 | | Email/Text: bankruptcy@frost-arnett.com | Sep 24 2024 18:35:00 | Nashville Adjustment Bureau, PO Box 198988, Nashville, TN 37219-8988 |
| 5263364 | | EDI: JEFFERSONCAP.COM | Sep 24 2024 22:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5257375 | | EDI: JPMORGANCHASE | Sep 24 2024 22:32:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5237809 | | EDI: JPMORGANCHASE | Sep 24 2024 22:32:00 | Chase Auto, PO Box 901003, Fort Worth, TX 76101 |
| 5237810 | | EDI: JPMORGANCHASE | Sep 24 2024 22:32:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5246083 | + | Email/Text: RASEBN@raslg.com | Sep 24 2024 18:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5256317 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2024 18:44:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5237815 | + | Email/Text: unger@members1st.org | Sep 24 2024 18:35:00 | Members 1st Federal Credit Union, 5000 Louise Drive, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5237816 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2024 18:44:16 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5263926 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2024 18:35:00 | PNC Bank National Association, PO Box 94982, Cleveland OH 44101 |
| 5237819 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2024 18:35:00 | PNC Bank, NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 5261774 | | EDI: PRA.COM | Sep 24 2024 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5237818 | + | Email/PDF: ebnotices@pnmac.com | Sep 24 2024 18:44:22 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5265988 | + | Email/PDF: ebnotices@pnmac.com | Sep 24 2024 18:44:22 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 5237820 | + | Email/Text: DeftBkr@santander.us | Sep 24 2024 18:35:00 | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 5237821 | | EDI: SYNC | Sep 24 2024 22:32:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5237822 | | EDI: SYNC | Sep 24 2024 22:32:00 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5237823 | | EDI: SYNC | Sep 24 2024 22:32:00 | Synchrony Bank / TJMaxx, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5238151 | + | EDI: AIS.COM | Sep 24 2024 22:38:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5237824 | + | EDI: WTRRNBANK.COM | Sep 24 2024 22:38:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5264070 | + | Email/Text: bncmail@w-legal.com | Sep 24 2024 18:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5257279 | | EDI: WFFC2 | Sep 24 2024 22:32:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5237825 | + | EDI: WFFC2 | Sep 24 2024 22:32:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Synchrony Bank by AIS InfoSource LP as agent |
| 5263700 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor PENNYMAC LOAN SERVICES LLC karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Kristen D Little | on behalf of Creditor Celink as servicer for Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust KRLITTLE@FIRSTAM.COM |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Stephen Leonard Smith pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Rosalyn C. Smith pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stephen Leonard Smith<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7255<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Rosalyn C. Smith<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5667<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-03571-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen Leonard Smith    Rosalyn C. Smith

9/24/24

**By the court:**  *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**